IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS PHELPS,

    Plaintiff,

v.

UNITED STATES GENERAL SERVICES AGENCY,

    Defendant.

No. C 07-01055 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has received Plaintiff's late-filed case management conference statement. In light of the service issue, the Court HEREBY CONTINUES the case management conference to **Friday, August 10, 2007 at 1:30 p.m.** Counsel is admonished to perfect service and to file a timely joint case management conference by no later than August 3, 2007 or this case may be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 30, 2007

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE