1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 CURTIS PHELPS,                          )
                                           ) No. C 07-1055-JSW
13                Plaintiff,               )
                                           )
14         v.                              ) **STIPULATION TO EXTEND DATE OF**
                                           ) **CASE MANAGEMENT CONFERENCE;**
15 UNITED STATES GENERAL SERVICES          ) **AND [PROPOSED] ORDER**
   AGENCY, a Government agency, MR.        )
16 MICHAEL WIRTZ, an individual, MR.       )
   JEFFREY NEELY, an individual, MR.       )
17 ROBERT DRAKES, an individual, MRS.      )
   PATRICIA ROBERTS, an individual, MRS.   )
18 MARY GHENT, and DOES 1-10               )
                                           )
19                Defendants.              )

20
       The plaintiff, by and through his attorney of record, and defendant, by and through his
21
   attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the
22
   case management conference in the above-entitled action in light of the following:
23
       (1)  The plaintiff filed his action on February 21, 2007.
24
       (2)  The plaintiff made attempts to properly serve the defendants, but United States Attorney's
25
   Office was not served with the summons and complaint until August 3, 2007.
26
       (3) A case management conference is currently scheduled for September 14, 2007.
27
       (4) In order to give defendants sufficient time to file a responsive pleading (the due date for
28

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C-07-0793 TEH

1 | which is no sooner than October 2, 2007), the parties respectfully ask this Court to extend the date
2 | of the case management conference from September 14, 2007, to ~~October 26, 2007~~.
3 | November 2, 2007 at 1:30 p.m.

4 | Dated: September 7, 2007            /s/
5 | EDWARD A. OLSEN
    Assistant United States Attorney
6 | Attorney for Defendants

7 | Dated: September 7, 2007            /s/
8 | WAUKEEN Q. MCCOY
    Attorney for Plaintiff

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference
be continued to ~~October 26, 2007~~, November 2, 2007 at 1:30 p.m., and the parties will file a joint case management conference statement 7 days in advance of the re-scheduled Case Management Conference.

Dated: September 10, 2007         _/s/ Jeffrey S. White_
JEFFREY S. WHITE
United States District Court

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 07-0793 ~~TEH~~