SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS PHELPS,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES GENERAL SERVICES AGENCY, a Government agency, MR. MICHAEL WIRTZ, an individual, MR. JEFFREY NEELY, an individual, MR. ROBERT DRAKES, an individual, MRS. PATRICIA ROBERTS, an individual, MRS. MARY GHENT, and DOES 1-10<br><br>            Defendants. | No. C 07-1055-JSW<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    The plaintiff, by and through his attorney of record, and the government, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference in the above-entitled action in light of the following:

    (1) The plaintiff filed the above-entitled action on February 21, 2007.

    (2) On May 30, 2007, this Court continued the case management conference to August 10, 2007, and admonished plaintiff to perfect service and timely file a joint case management conference statement no later than August 3, 2007.

    (3) The United States Attorney's Office was served with the summons and complaint on

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 07-1055-JSW

1 August 3, 2007.

2 (4) On September 10, 2007, this Court granted the parties' request to continue the case
3 management conference, in order to give the government an opportunity to file a responsive
4 pleading.

5 (5) The case management conference is currently scheduled for November 2, 2007.

6 (6) The government filed a motion to dismiss the plaintiff's action on October 23, 2007, and
7 has noticed a hearing date for January 25, 2008.

8 (7) In the interest of judicial economy, the parties respectfully ask this Court to again continue
9 the case management conference to a date after the hearing on the government's motion to dismiss.
10 If the Court grants the government's motion to dismiss, a case management conference will be
11 unnecessary. If the Court grants the government's motion to dismiss in part, the parties will be
12 able to submit a more focused joint case management statement.

13 (8) The parties suggest a case management conference should occur on February 29, 2008,
14 which is approximately one month following the hearing the government's motion to dismiss.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 07-1055-JSW

| | | |
|---|---|---|
| Dated: October 24, 2007 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: October 24, 2007 | | /s/<br>WAUKEEN Q. MCCOY<br>SPENCER SMITH<br>Attorney for Plaintiff |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to February 29, 2007, at 1:30 p.m., and the parties will file a joint case management conference statement 7 days in advance of the re-scheduled Case Management Conference.

Dated: October 24, 2007

_____
JEFFREY S. WHITE
United States District Judge

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 07-1055-JSW