IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS PHELPS,

    Plaintiff,

v.

UNITED STATES GENERAL SERVICES AGENCY, et al.,

    Defendants.

No. C 07-01055 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION TO DISMISS**

This matter is set for a hearing on January 25, 2008 on Defendants motion to dismiss.. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 26, 2007 and a reply brief shall be filed by no later than December 3, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 8, 2007

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE