1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 |   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7 |

8 | Attorneys for Defendants

9 |                    UNITED STATES DISTRICT COURT

10 |                  NORTHERN DISTRICT OF CALIFORNIA

11 |                     SAN FRANCISCO DIVISION

12 | CURTIS PHELPS,                    )
                                      )   No. C 07-1055-JSW
13 |              Plaintiff,           )
                                      )
14 |        v.                        )   **STIPULATION TO EXTEND DATE OF**
                                      )   **CASE MANAGEMENT CONFERENCE;**
15 | UNITED STATES GENERAL SERVICES    )   **AND [PROPOSED] ORDER**
AGENCY, a Government agency, MR.      )
16 | MICHAEL WIRTZ, an individual, MR. )
JEFFREY NEELY, an individual, MR.     )   Date:  February 29, 2008
17 | ROBERT DRAKES, an individual, MRS.)   Time:  1:30 p.m.
PATRICIA ROBERTS, an individual, MRS. )
18 | MARY GHENT, and DOES 1-10         )
                                      )
19 |              Defendants.         )

20 |

21 |    The plaintiff, by and through his attorney of record, and the government, by and through its

22 | attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the

23 | case management conference in the above-entitled action in light of the following:

24 |    (1)  The plaintiff filed his action on February 21, 2007.

25 |    (2)  The government has filed a motion to dismiss the plaintiff's action, and a hearing on that

26 | motion is scheduled for March 28, 2008.

27 |    (3)  A case management conference is currently scheduled for February 29, 2008.

28 |    (4)  In the interest of judicial economy, the parties respectfully ask this Court to continue the

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 07-1055 JSW

1  case management conference until after the Court resolves the government's motion to dismiss.

2

3

4  Dated:  February 20, 2008

5                                                    _____
                                                     EDWARD A. OLSEN
6                                                    Assistant United States Attorney

7

8

9  Dated:  February 20, 2008

                                                     by _____  Dow W. Patten
10                                                   So WAUKEEN Q. MCCOY
                                                     Attorney for Plaintiff
11

12

13                                **ORDER**

14        PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference

15  is vacated and will be continued to a date set by the Court following a ruling on the government's

16  motion to dismiss.  The Case Management Conference is CONTINUED to March 28,
                          2008 at 9:00 a.m.
17

18  Dated:  February  25 , 2008

                                                     _____
19                                                   JEFFREY S. WHITE
                                                     United States District Judge
20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 07-1055 JSW