IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS PHELPS,

    Plaintiff,

v.

UNITED STATES GENERAL SERVICES AGENCY, et al.,

    Defendants.

No. C 07-01055 JSW

**NOTICE OF TENTATIVE RULING AND QUESTIONS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON MARCH 28, 2008 AT 9:00 A.M.:

The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, with reference to pin cites and without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court **tentatively GRANTS** Defendant's motion to dismiss the first amended complaint.

The parties shall each have 20 minutes to address the following questions:

1. What is the operative version of the complaint? (Plaintiff may not simply file an amended complaint attached to his declaration in support of his opposition to the pending motion; there must be a copy of the final version of the complaint on file.)

2. Although Plaintiff admits that Title VII is the exclusive remedy for all acts of discrimination by the federal government, Plaintiff contends that he is entitled to pursue "those claims under FEHA which are unrelated to race." (Opp. Br. at 3.) What are those claims and how are they not preempted by Title VII?

3. Under Federal Rule of Civil Procedure 8(a), Plaintiff must set out a short and plain statement of the claim. However, Plaintiff has not given any indication of the job position he applied for and was allegedly qualified for, to which Defendants failed to promote him. (*See* First Amended Complaint, ¶ 25.) If the Court were to grant the motion to dismiss with leave to amend, to what position would Plaintiff claim he was not given a promotion?

4. What is the status of service in this matter?

5. Do the parties have anything further they wish to address?

**IT IS SO ORDERED.**

Dated: March 20, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2