1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-6915
6     FAX: (415) 436-6927
7  Attorneys for Defendants
8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
   CURTIS PHELPS,                    )
12                                   )  No. C 07-1055-JSW
                  Plaintiff,         )
13                                   )
            v.                       )  **STIPULATION TO EXTEND DATE OF**
14                                   )  **CASE MANAGEMENT CONFERENCE;**
   LURITA ALEXIS DOAN, administrator of the  )  **AND [PROPOSED] ORDER**
15 United States General Services Agency,     )
   UNITED STATES GENERAL SERVICES   )  Date:  August 15, 2008
16 AGENCY, a Government agency, MR.  )  Time:  1:30 p.m.
   MICHAEL WIRTZ, an individual, MR. )
17 ROBERT DRAKES, an individual, MRS. )
   PATRICIA ROBERTS, an individual, MRS.. )
18  MARY GHENT, and DOES 1-10,       )
                                     )
19                Defendants.        )
   ──────────────────────────────────
20
21      The plaintiff, by and through his attorney of record, and the government, by and through its

22  attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the

23  case management conference in the above-entitled action from August 15, 2008, to August 29,

24  2008,  in light of the fact that government counsel will be out of town on August 15, 2008, to

25  attend his sister's wedding.

26
27
28

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 07-1055 JSW

1

2

3    Dated:  July 25, 2008                              /s/
4                                            EDWARD A. OLSEN
                                             Assistant United States Attorney
5

6

7
     Dated:  July 25, 2008                              /s/
8                                            WAUKEEN Q. MCCOY
                                             SPENCER SMITH
9                                            Attorneys for Plaintiff

10

11
                                         **ORDER**
12
          PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference
13
     is continued from August 15, 2008, to August 29, 2008, at 1:30 p.m.
14

15
     Dated:   July _25_, 2008
16                                           JEFFREY S. WHITE
                                             United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

     STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
     C 07-1055 JSW