IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS PHELPS,

    Plaintiff,                           No. C 07-01055 JSW

  v.

UNITED STATES GENERAL SERVICES     **ORDER TO SHOW CAUSE**
AGENCY, et al.,

    Defendants.

This matter came before the Court for a case management conference on Friday, June 12, 2009. On April 20, 2009, the Court sent out a notice setting the case management conference. Counsel for Plaintiff was required, but failed, to appear for that case management conference.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than June 22, 2009, as to why this case should not be dismissed for failure to prosecute and why Plaintiff's counsel should not be sanctioned in the amount of $250. Failure to respond to this Order by June 22, 2009, shall result in the dismissal of this case without prejudice and the issuance of sanctions against Plaintiff's counsel in the amount of $250.

**IT IS SO ORDERED.**

Dated: June 15, 2009

                                                 JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE