IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS PHELPS,

    Plaintiff,

v.

UNITED STATES GENERAL SERVICES AGENCY, et al.,

    Defendants.

                                       /

No. C 07-01055 JSW

**ORDER TO SHOW CAUSE**

This matter came before the Court for a case management conference on Friday, June 12, 2009. On April 20, 2009, the Court sent out a notice setting the case management conference. Counsel for Plaintiff was required, but failed, to appear for that case management conference. Accordingly, on June 15, 2009, this Court issued an order to show cause as to why this case should not be dismissed for failure to prosecute and why Plaintiff's counsel should not be sanctioned in the amount of $250.

On June 22, 2009, this Court received Plaintiff counsel's response to the order to show cause. Based on that submission, the Court shall not impose sanctions on the Plaintiff in this matter and shall not dismiss the action. However, counsel's absence from his required court appearance is entirely of his own doing. Therefore, the Court shall impose monetary sanctions in the amount fo $250 payable by Plaintiff's counsel, Waukeen Q. McCoy, to the Clerk of the Court by no later than July 6, 2009 with proof of such payment filed by the same day. Counsel McCoy is admonished that failure to comply with his obligations or this Court's orders shall

///

result in future, more severe sanctions.

**IT IS SO ORDERED.**

Dated: June 22, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE