1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       1301 Clay Street, Suite 340S
5      Oakland, California 94612
       Telephone: (510) 637-3697
6      FAX: (510) 637-3724

7  Attorneys for the United States of America

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11
   CURTIS PHELPS,                        )
12                                       )   No. C 07-1055-JSW
                  Plaintiff,             )
13                                       )
           v.                            )   [PROPOSED] ORDER REGARDING
14                                       )   DISCOVERY DISPUTE
                                         )
15 PAUL PROUTY, Acting Administrator of the )
   United States General Services Administration, )
16                                       )
                  Defendant.             )
17

18     This matter has come before the Court on a discovery dispute that was summarized by the

19 parties in a letter submitted to the Court on November 9, 2009, pursuant to this Court's Civil

20 Standing Orders.

21     On September 1, 2009, counsel for the government served requests for production of

22 documents and interrogatories on counsel for plainitiff. On September 14, 2009, government

23 counsel served requests for admission on counsel for plaintiff. After plaintiff's counsel expressed

24 his need for more time to serve his responses to the government's discovery requests, government

25 counsel agreed to extend the due date for plaintiff's responses to October 20, 2009. After

26 plaintiff's counsel again expressed his need for even more time to serve his responses to the

27 government's discovery requests, government counsel agreed to another extension of the due date

28 for plaintiff's discovery respones, this time to October 26, 2009. Government counsel did not

ORDER REGARDING DISCOVERY DISPUTE
C 07-1055-JSW

1. receive plaintiff's discovery responses by October 26, 2009.

2. Government counsel then received an email from plaintiff's counsel on November 2, 2009, advising that "[w]e will have discovery responses to you by this Wednesday, as it is still being gathered and put together." Government counsel did not receive the discovery responses by November 4, 2009 as promised by plaintiff's counsel.

On November 9, 2009, plaintiff's counsel advised government counsel that his client was still gathering documents that are responsive to the government's discovery requests, that he would promptly provide government counsel with his discovery responses, and that he had no objection to extending the fact discovery cut-off for the government and the government only from November 20, 2009, to December 18, 2009. The government has still not received the plaintiff's discovery responses.

IT IS HEREBY ORDERED that plaintiff serve his complete discovery responses on counsel for the government no later than November 20, 2009, or he will face immediate sanctions. Furthermore, the discovery deadline for the government and the government only is hereby extended to December 28, 2009.

IT IS SO ORDERED.

Dated: November 30, 2009

JEFFREY S. WHITE
United States District Judge