IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS PHELPS,

    Plaintiff,

v.

UNITED STATES GENERAL SERVICES AGENCY, et al.,

    Defendants.

No. C 07-01055 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR SUMMARY JUDGMENT**

This matter is set for a hearing on April 23, 2010 on Defendants' motion for summary judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **March 19, 2010** and a reply brief shall be filed by no later than **March 26, 2010**. Late filings shall be **stricken** and failure to oppose the motion may result in **dismissal** of this matter.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 5, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE