1   WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
    LAW OFFICES OF WAUKEEN Q. McCOY
2   703 Market Street, Suite 1407
3   San Francisco, CA. 94103
    Telephone: (415) 675-7705
4   Facsimile: (415) 675-2530

5   Attorney for Plaintiff,
6   CURTIS PHELPS

7

8                   UNITED STATES DISTRICT COURT

9            IN THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CURTIS PHELPS, an individual;        )   Case No. C-07-1055
                                         )
12              Plaintiff,               )
                                         )
13      vs.                              )   [PROPOSED] ORDER GRANTING
                                         )   PARTIES' STIPULATION TO AMEND
14  MARTHA N. JOHNSON, Administrator of the  )   BRIEFING SCHEDULE AND HEARING DATE
    United States General Services Administration;  )
15                                       )
                Defendants.              )
16  _____  )

17

18          Based on the parties' stipulation and submitted declaration, Plaintiff has demonstrated

19  good cause to modify the briefing schedule.  The Court HEREBY ORDERS that an opposition to

20  the motion for summary judgment shall now be filed by no later than March 26, 2010 and a reply

21  brief shall now be filed by no later than April 2, 2010.  The hearing date is continued to April 30, 2010.at

22                                                                                          9:00am

23          PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  Dated: March 18 , 2010       _____

26                               JEFFREY S. WHITE
27                               UNITED STATES DISTRICT JUDGE

28